[No. 14823-4-II.   Division Two.   March 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. PABLO
DELMONTE LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-04753-1, Terry D. Sebring, J., entered

March 12, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurrred in by Morgan, A.C.J., and Seinfeld, J.